**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00045-CV**
_____

**CITY OF BEAUMONT, ET AL, Appellants**

**V.**

**CALEB FENTER, ET AL, Appellees**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-210,244**

**MEMORANDUM OPINION**

Appellants filed a notice of settlement and an unopposed motion to set aside the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, vacate the trial court's judgment of January 14, 2025, without regard to the merits, and remand this case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See id.*

1

VACATED AND REMANDED.

PER CURIAM

Submitted on August 13, 2025
Opinion Delivered August 14, 2025

Before Golemon, C.J., Johnson and Wright, JJ.

2